VAN WAGONER v. THOMPSON. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) Action by Libbie Van Wagoner against John Thompson, as executor, etc. No opinion. So much of the motion as asked to amend order and judgment entered, so as to show that the decision was not unanimous, is granted, and in all other respects denied. See 65 N. Y. Supp. 1149.

In re VEITH. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) In the matter of supplementary proceedings to collect tax of Henry J. Veith. No opinion. Motion for leave to appeal to the court of appeals granted, and certificate filed with clerk.

In re VERWAY. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) In the matter of the application of Frederick Verway and another to lay out a highway in the town of Islip, etc.

PER CURIAM. The papers in this proceeding are not certified by the county court, as required by section 90 of the highway law, nor is there among the papers any certificate of the commissioners of highways showing that the public interest will be promoted by the laying out and opening of the proposed highway. These deficiencies must be supplied before the desired order can be made.

In re VERWAY et al. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) In the matter of the application of Frederick Verway and others to lay out a highway in the town of Islip, etc. No opinion. Motion to confirm order of the county court of Suffolk county granted, and order signed.

VILLAGE OF CATO, Respondent, v. WORMOUTH, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) Action by the village of Cato against William Wormouth. No opinion. The court declines to entertain and consider this case upon the ground that the record is imperfect, in that it does not contain the return in the case of village of Cato v. Horrigan, and in that it does not contain any opinion or affidavit that no opinion was written, as required by general rule 41.

VILLAGE OF NUNDA, Respondent, v. THORNTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 10, 1900.) Action by the village of Nunda against Mary Nichols Thornton. No opinion. Judgment affirmed, with costs.

WALKER, Appellant, v. SYRACUSE RAPID-TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by Alice Walker against the Syracuse Rapid-Transit Railway Company. No opinion. Judgment affirmed, with costs.

WALL v. UNITED ELECTRIC CO. (Supreme Court, Appellate Division, First Department. October 15, 1900.) Action by Francis H. Wall against the United Electric Company. No opinion. Motion denied.

WALL, Appellant, v. UNITED ELECTRIC LIGHT & POWER CO., Respondent. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Francis H. Wall against the United Electric Light & Power Company. J. D. Fessenden, for appellant. G. W. Simpson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WALTON et al., Respondents, v. FOWLER, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Louis B. Walton and another against David H. Fowler. Judgment of the municipal court affirmed on consent, with costs.

WELCH et al., Appellants, v. KINGSLEY et al., Respondents. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Sarah Welch and others against Henry E. Kingsley and others. Jas. A. Deering, for appellants. J. F. Cryer, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WELDE, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Charles Welde against the New York & Harlem Railroad Company and others. I. A. Place, for appellants. T. P. Wickes, for respondent. No opinion. Judgment (60 N. Y. Supp. 319) affirmed, with costs. See 51 N. Y. Supp. 290.

WELLMAN, Respondent, v. HART, Appellant. (City Court of New York, General Term. October 29, 1900.) Action by Francis L. Wellman against Frieda Hart. From a judgment for plaintiff, and from an order denying a motion for new trial, defendant appeals. Affirmed. Joseph Rosenzweig, for appellant. Wellman & Gooch, for respondent.

HASCALL, J. We think the court below properly disposed of the issue presented. It was not a question of what legal right plaintiff possessed to require a memorandum of security from the defendant, but what she voluntarily agreed to do. The record shows a complete understanding between the parties as to the situation of interests, and we think the written evidence of agreement expresses suffi-